**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CMI INTEGRATED TECHNOLOGIES, INC.<br><br>PLAINTIFF(S)<br>v.<br>XZERES CORPORATION<br><br>DEFENDANT(S). | CASE NUMBER<br>CV 15-00805-RGK (FFMx)<br><br>**JUDGMENT ON THE VERDICT**<br>**FOR THE PLAINTIFF(S)** |

This action came on for jury trial, the Honorable R. GARY KLAUSNER District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

CMI INTEGRATED TECHNOLOGIES, INC.

recover of the defendant(s):

XZERES CORPORATION

the sum of $351,738.07 , with interest thereon at the legal rate as provided by the law, and its costs of action, taxed in the sum of _____.

Clerk, U. S. District Court

Dated: February 26, 2016

By S. Williams
Deputy Clerk

At: Los Angeles, CA

cc: *Counsel of record*

CV-49 (05/98)                          **JUDGMENT ON THE VERDICT FOR THE PLAINTIFF(S)**